U.S. PROBATION OFFICE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

**PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION**

**Name of Offender:** Doss, Harold       **Case Number:** 1:04-MJ-6001

**Name of Sentencing Judicial Officer:** Honorable William J. Haynes, Jr.
    United States District Judge

**Name of Presiding Officer:** Honorable R. Allan Edgar
    Chief United States District Judge

**Date of Original Sentence:** May 14, 2001

**Original Offense:** Possession and Uttering a Counterfeit Securities Instrument of an Organization

**Class:** D Felony       **Criminal History Category:** VI

**Original Sentence:** Thirty months imprisonment, $25,000.00 restitution, followed by three years supervised release (Amended June 8, 2001), with the following special conditions: 1) substance abuse testing and treatment, 2) financial disclosure, 3) maintain employment, and 4) pay financial penalty at the rate of at least 10% of gross earnings.

**Modification September 1, 2004:** The defendant shall be placed on Electronic Monitoring for a period of six (6) months. The defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer. The defendant shall maintain a telephone at his place of residence without any "call forwarding, "Caller ID," "call waiting," modems, answering machines, cordless telephones or other special services for the above period. The defendant shall wear an electronic device and shall observe the rules specified by the Probation Department. The defendant is to pay for this service at the current prevailing rate.

**Transfer of Jurisdiction:** From Middle District of Tennessee on March 11, 2004.

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** January 2, 2004

**Date Supervision Expires:** January 1, 2007

**Assistant U.S. Attorney:** Gary Humble

**Defense Attorney:** Federal Defender Services

*******************************************

**PETITION FOR WARRANT OR SUMMONS**
**FOR OFFENDER UNDER SUPERVISION**

# PETITIONING THE COURT

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number**    **Nature of Noncompliance**

    I    **General Condition:** <u>The defendant shall not possess a firearm or destructive device</u>

Pursuant to a statement made by Mr. Doss' nephew, Jeff Doss, on November 5, 2004, Mr. Doss took his .25 caliber Berretta. Jeff Doss stated that he thought he had the gun well hidden in the house. Upon arriving home Friday evening, he found the gun case laying open on the bed and the gun missing. Jeff Doss stated that his wife's wedding ring was also taken.

    II    **Standard Condition #3:** <u>The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.</u>

Mr. Doss failed to follow the instructions of the probation officer regarding his pending charges. Mr. Doss has a 1998 pending warrant number 01-03-W138 in Gordon County Superior Court, Calhoun, Georgia, for Theft by Taking a Motor Vehicle. Additionally, Mr. Doss has a pending 1991 warrant for Theft in Montgomery, Alabama. Neither case has been resolved.

    III    **Standard Condition #6:** <u>The defendant shall notify the probation officer ten days prior to any change in residence or employment.</u>

On November 5, 2004, Mr. Doss left his residence and failed to return. He failed to provide his probation officer with information regarding a new residence.

    IV    **Standard Condition #10:** <u>The defendant shall allow the probation officer to visit him at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.</u>

Mr. Doss failed to give notice of his change of address therefore not allowing the probation officer to visit him at home.

    V    **Special Condition:** <u>The defendant shall attend substance abuse testing and treatment.</u>

On June 16, 2004, Mr. Doss failed to report for his code a phone randomized drug screen. Mr. Doss failed to report for treatment on June 24, 2004.

    VI    **Special Condition:** <u>The defendant shall pay restitution in the amount of</u>

**PETITION FOR WARRANT OR SUMMONS
FOR OFFENDER UNDER SUPERVISION**

<u>$25,000.00.</u>

Mr. Doss has paid $100.00 toward his restitution. His last payment was made in February, 2004 in the amount of $25.00.

    VII        **Special Condition:** <u>The defendant shall be placed on Electronic Monitoring for a period of six (6) months. The defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer. The defendant shall maintain a telephone at his place of residence without any "call forwarding, "Caller ID," "call waiting," modems, answering machines, cordless telephones or other special services for the above period. The defendant shall wear an electronic device and shall observe the rules specified by the Probation Department. The defendant is to pay for this service at the current prevailing rate.</u>

On November 5, 2004, Mr. Doss left his residence and has failed to return. He was not granted permission to be out during this time and he has failed to return the electronic monitoring equipment.

Petitioning the Court to order:

That a warrant be issued and the defendant be ordered to appear in Court for a hearing to determine whether the term of supervision should be revoked.

                                    Respectfully submitted,

                                    *s/Sladjauna D. Hays/sg*
                                    Sladjauna D. Hays
                                    U. S. Probation Officer

APPROVED:

*s/Janet Landers/sg*
_____
Janet F. Landers           Date
Supervising U.S. Probation Officer

PROB12C(REVOKE) - 1/2003

**PETITION FOR WARRANT OR SUMMONS**
**FOR OFFENDER UNDER SUPERVISION**

**O R D E R**

A **WARRANT** is to be **ISSUED** and the defendant is **ORDERED TO APPEAR** in Court for a hearing to determine whether the term of supervision should be revoked.

SO ORDERED.

ENTER this *9th day of November, 2004*.

                                          */s/ R. Allan Edgar*
                                          R. ALLAN EDGAR
                              CHIEF UNITED STATES DISTRICT JUDGE